NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE PREMA JYOTHI LIGHT**

---

2014-1598

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 76/293,327.

---

**ON MOTION**

---

**O R D E R**

Prema Jyothi Light moves without opposition for an extension of time, until December 11, 2014, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    IN RE LIGHT


                                     FOR THE COURT

                                     /s/ Daniel E. O'Toole
                                     Daniel E. O'Toole
                                     Clerk of Court

s27